# FIDELITY NATIONAL TITLE COMPANY
200 W. City Center Drive, Suite 200A, Pueblo, CO 81003
Phone: (719) 544-0837    Fax: (719) 544-0853

### Sellers Closing Statement
### ESTIMATED

| | | | |
|---|---|---|---|
| **Escrow No:** F0578086 - 320 BWZ | **Close Date:** 04/03/2017 | **Proration Date:** | **Disbursement Date:** |

**Buyer(s)/Borrower(s):** Nickolas G. Vunovich
Karen J. Vunovich

**Seller(s):** Peggy A. Boyer
Warren D. Clark
Sherry L. Monroe
Carol J. Cooper
Anita L. Clark

**Property:** 2511 Wyoming Avenue
Pueblo, CO 81004

**Brief Legal:** LOTS 23 + 24 BLK 25 EAST LAKE

| Description | Debit | Credit |
|---|---:|---:|
| **TOTAL CONSIDERATION:** | | |
| Total Consideration | | 72,000.00 |
| **ESCROW CHARGES** | | |
| Escrow Fee to Fidelity National Title Company | 340.00 | |
| **TITLE CHARGES:** | | |
| Owners Policy $72,000.00 to Fidelity National Title Company | 765.00 | |
| **RECORDING FEES:** | | |
| Statement of Authority to Clerk and Recorder | 13.00 | |
| Supplementary Affidavit to Clerk and Recorder | 13.00 | |
| **ADDITIONAL CHARGES:** | | |
| 2nd 1/2 2016 RE Taxes Due to Pueblo County Treasurer | 238.64 | |
| Water Escrow to Pueblo Board of Water Works | 100.00 | |
| 1/5th Proceeds to Peggy A Boyer | 14,073.19 | |
| 1/5th Proceeds to Warren D Clark | 14,073.19 | |
| 1/5th Proceeds to Sherry L Monroe | 14,073.19 | |
| 1/5th Proceeds to Carol J Cooper | 14,073.19 | |
| 1/5th Proceeds to Anita L Clark | 14,073.21 | |
| **PRORATIONS AND ADJUSTMENTS:** | | |
| County Taxes from 1/1/2017 to 5/5/2017 based on the Annual amount of $483.90 | 164.39 | |
| Sub Totals | 72,000.00 | 72,000.00 |
| Balance Due From Seller | | 0.00 |
| Totals | 72,000.00 | 72,000.00 |

APPROVED AND ACCEPTED

Sales or use taxes on personal property not included. Fidelity National Title Company assumes no responsibility for the adjustment of special taxes or assessments unless they are shown on the Treasurer's Certificate of Taxes Due.  The condition of title to the property is to be determined by reference to the title evidence provided by Seller or by personal investigation.  The above statement of settlement is approved as of the settlement date shown above and Escrow Holder is hereby authorized to disburse as Trustee funds as indicated.

_____    _____    _____    _____

# FIDELITY NATIONAL TITLE COMPANY
200 W. City Center Drive, Suite 200A, Pueblo, CO 81003
Phone: (719) 544-0837    Fax: (719) 544-0853

**Sellers Closing Statement**
**ESTIMATED**

**Escrow No:** F0578086 - 320 BWZ    **Close Date:** 04/03/2017    **Proration Date:**    **Disbursement Date:**

**Seller(s):**

_____
Peggy A. Boyer

_____
Warren D. Clark

_____
Sherry L. Monroe

_____
Carol J. Cooper

_____
Anita L. Clark

**Closing Agent:**

FIDELITY NATIONAL TITLE COMPANY

_____
by Brandi Williams